83,768-01

9-8-15

TR# W-24202-C-1
WR# 83,768-01

Dear MR. Acosta
TDCJ has moved me To the Billy Moore
Pre release Unit in Overton Texas

Thank you

Robert Digman #1854737
8500 N FM 3053
Overton, Texas 75684

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 11 2015
Abel Acosta, Clerk